```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/22/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
AUSTIN DESIGN INC.,                                          :
                                                             :
                        Plaintiff,                           :
                                                             :           20-cv-2020 (VSB)
            -against-                                        :
                                                             :              **ORDER**
                                                             :
THE TOPPS COMPANY, INC., and JOHN                            :
DOES 1-100,                                                  :
                                                             :
                        Defendants.                          :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

  I have received notice that Plaintiff, Austin Design Inc., and Defendant, The Topps Company, have reached a resolution of this case. Accordingly, it is hereby:

  ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: December 22, 2020
    New York, New York

*[Signature]*
Vernon S. Broderick
United States District Judge